AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ROBERT HUNTER BIDEN | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-02711-TJK |
| UNITED STATES INTERNAL REVENUE SERVICE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Hunter Biden                                                                                           .

Date:     09/18/2023

/s/ Abbe David Lowell
*Attorney's signature*

Abbe David Lowell, Bar No. 358651DC
*Printed name and bar number*

WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036

*Address*

adlowell@winston.com
*E-mail address*

(202) 282-5000
*Telephone number*

(202) 282-5100
*FAX number*