AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| ROBERT HUNTER BIDEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-02711-TJK |
| UNITED STATES INTERNAL REVENUE SERVICE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Hunter Biden              .

Date:    09/18/2023

/s/ Christopher D. Man
*Attorney's signature*

Christopher D. Man, Bar No. 453553DC
*Printed name and bar number*

WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
*Address*

cman@winston.com
*E-mail address*

(202) 282-5000
*Telephone number*

(202) 282-5100
*FAX number*