# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Robert Hunter Biden**

**Plaintiff**

Case No.: 1:23-cv-02711-TJK

vs.

**United States Internal Revenue Service**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Justin Cohen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/18/2023 at 2:21 PM, I served United States Internal Revenue Service at 1111 Constitution Avenue, NW, Washington, DC 20224 with the Summons, Civil Cover Sheet, and Complaint by serving Tina Williams, Designated Agent, authorized to accept service.

Tina Williams is described herein as:

Gender: Female    Race/Skin: Black    Age: 30    Weight: 180    Height: 5'9"    Hair: Black    Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

9/21/23
Executed On



Justin Cohen

Client Ref Number: 106951.00001
Job #: 1623725

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) |
|---|---|
| ROBERT HUNTER BIDEN | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| UNITED STATES INTERNAL REVENUE SERVICE | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Internal Revenue Service
1111 Constitution Ave., N.W.
Washington, DC 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Winston & Strawn LLP
Abbe David Lowell
1901 L Street, N.W.,
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*