# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Robert Hunter Biden**

**Plaintiff**

Case No.: 1:23-cv-02711-TJK

*vs.*

**United States Internal Revenue Service**

**Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S):  Summons, Civil Cover Sheet, and Complaint

SERVE TO:  Honorable Merrick Garland, United States Attorney General

SERVICE ADDRESS:  950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Honorable Merrick Garland, United States Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 09/18/2023 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 0410 0002 4229 7316. Service was signed for on 10/10/2023, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

11/01/23
Executed On

Stephanie Maddox

Client Ref Number: 106951.00001
Job #: 1623745

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by *(Printed Name)* | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. Merrick Garland<br>Attorney of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7744 2152 1105 70 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>(over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7022 0410 0002 4229 7316 | | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | | Domestic Return Receipt |