UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES INTERNAL REVENUE ) <br> SERVICE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:23-cv-02711 |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pending before the Court is Defendants the United States of America and the Internal Revenue Service's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's complaint by 60 days. Good cause having been shown, the Motion is GRANTED. Accordingly, it is

ORDERED that the United States' answer or response to the complaint is extended to January 16, 2024.

Signed this _____ day of November 2023.

_____
UNITED STATES DISTRICT JUDGE