AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Robert Hunter Biden | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 1:23-cv-02711-TJK |
| United States Internal Revenue Service | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Internal Revenue Service                                                     .

Date:   11/13/2023

/s/ Bradley P. Humphreys
*Attorney's signature*

Bradley P. Humphreys (DC Bar No. 988057)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005

*Address*

bradley.humphreys@usdoj.gov
*E-mail address*

(202) 305-0878
*Telephone number*

(202) 616-8470
*FAX number*