**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROBERT HUNTER BIDEN,

              Plaintiff,

      v.

UNITED STATES INTERNAL REVENUE
SERVICE,

              Defendant.

Civil Action No. 1:23-cv-02711-TJK

Hon. Timothy J. Kelly

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND**
**PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' PARTIAL**
**MOTION TO DISMISS AND DEFENDANTS' TIME TO REPLY**

Pending before the Court is Plaintiff Robert Hunter Biden and Defendants the United States of America and the Internal Revenue Service's Joint Motion to extend Plaintiff's time to respond to Defendants' partial motion to dismiss by 21 days and Defendants' time to reply by 14 days. Good cause having been show, the Motion is GRANTED.

Accordingly, it is

ORDERED that Mr. Biden's time to respond to Defendants' partial motion to dismiss the Complaint is extended to February 20, 2024, and Defendants' time to reply to Mr. Biden's response is extended to March 12, 2024.

Signed this _____ day of January 2024.


                                 _____
                                 UNITED STATES DISTRICT JUDGE