UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES INTERNAL REVENUE SERVICE, <br><br> Defendant. | Case No. 1:23-cv-02711 |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants the United States of America and the Internal Revenue Service (collectively, "the United States"),[1] pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, move for an extension of time to answer or otherwise respond to Plaintiff Robert Hunter Biden's amended complaint by seven days to February 27, 2024. In support of this motion, the United States asserts the following:

1. Plaintiff sued the IRS on September 18, 2023, seeking damages for the alleged wrongful disclosure of his confidential tax return information in violation of 26 U.S.C. § 6103 and alleged violations of the Privacy Act, 5 U.S.C. § 552a. ECF No. 1.

2. The United States filed a partial motion to dismiss Plaintiff's complaint on January 16, 2024. ECF No. 13.

---

[1] Plaintiff names the Internal Revenue Service as the sole defendant. Although the IRS is the proper defendant to Plaintiff's claim under the Privacy Act, 5 U.S.C. § 552a, the United States is the proper defendant to Plaintiff's wrongful disclosure claim. *See* 26 U.S.C. § 7431(a)(1) (providing that a taxpayer may sue the United States for the alleged wrongful disclosure of protected tax return information by an officer or employee of the United States).

3. Plaintiff filed an amended complaint on February 5, 2024. ECF No. 15.

4. The United States' deadline to respond to the amended complaint is currently February 20, 2024. *See* Fed. R. Civ. P. 6(a)(1) & 15(a)(3).

5. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure permits the Court to extend the time for answering, moving, or otherwise responding to the amended complaint for good cause shown. Good cause exists to extend the United States' deadline to answer or otherwise respond to the amended complaint by seven days, to February 27, 2024. The United States must coordinate its responsive pleading with the IRS and multiple components of the Department of Justice. The undersigned, moreover, will be out of the country from February 12–16, 2024 on previously scheduled leave.

6. This is the first request for an extension of the deadline to respond to the amended complaint, and granting the extension will not affect any previously set deadlines.

7. Pursuant to Local Civil Rule 7(m), counsel for the United States conferred with Plaintiff's counsel on February 9, 2023, and Plaintiff's counsel advised that they do not oppose the relief requested in this Motion.

WHEREFORE, the United States requests that the Court extend the time to file an answer or otherwise response to the amended complaint to February 27, 2024. A proposed order is attached to this Motion.

Dated: February 9, 2024                                   Respectfully submitted,

                                                          DAVID A. HUBBERT
                                                          Deputy Assistant Attorney General

                                                          */s/ Bradley P. Humphreys*
                                                          BRADLEY P. HUMPHREYS
                                                          (D.C. Bar No. 988057)

Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
Fax: (202) 616-8470
E-mail: Bradley.Humphreys@usdoj.gov

MARY ELIZABETH SMITH
Maryland Bar No. 0712110235
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9779 (v)
(214) 880-9741 (f)
Mary.E.Smith@usdoj.gov

JEREMY A. RILL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-0513 (v)
202-514-4963 (f)
Jeremy.A.Rill@usdoj.gov

**CERTIFICATE OF SERVICE**

    I certify that on February 9, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

                                          */s/ Bradley P. Humphreys*
                                          BRADLEY P. HUMPHREYS