# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES INTERNAL REVENUE ) <br> SERVICE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:23-cv-02711 |

**[PROPOSED] ORDER**

Having considered the United States' unopposed motion for an extension of time to answer or otherwise respond to Plaintiff's amended complaint, and for good cause shown, IT IS HEREBY ORDERED:

The United States' motion is GRANTED. The United States shall file its response to Plaintiff's amended complaint on or before February 27, 2024.

SO ORDERED.

Dated: _____

_____
Timothy J. Kelly
United States District Judge