## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-02711 |
| UNITED STATES INTERNAL REVENUE ) | |
| SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Plaintiff, Robert Hunter Biden, brings this action alleging violations of Section 6103 of the Internal Revenue Code (Count I) and violation of 5 U.S.C. § 522(a)(e)(10), the Privacy Act (Count II). ECF No. 15. Currently before the Court is Defendants' Partial Motion to Dismiss. ECF No. 17. Upon consideration, and for the reasons discussed in Defendants' motion, the Court finds that that the motion is due to be granted.

Accordingly, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. 17, is **GRANTED**. Count I of the Amended Complaint is **DISMISSED** to the extent it alleges wrongful disclosures made by "Shapley Representative A" and "Shapley-Ziegler Representative B." Count II of the Amended Complaint is **DISMISSED**.

**SO ORDERED.**

_____
TIMOTHY J. KELLY
United States District Judge

Date: _____, 2024