UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>              Defendant. | Civil Action No. 1:23-cv-02711-TJK<br><br>Hon. Timothy J. Kelly |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS THE <u>AMENDED COMPLAINT AND DEFENDANTS' TIME TO REPLY</u>**

      Pending before the Court is Plaintiff Robert Hunter Biden and Defendants the United States of America and the Internal Revenue Service's Joint Motion to extend Plaintiff's time to respond to Defendants' partial motion to dismiss the Amended Complaint by 30 days, and Defendants time to reply by 21 days.  Good cause having been show, the joint Motion is GRANTED.  Accordingly, it is

      ORDERED that Mr. Biden's time to respond to Defendants' partial motion to dismiss the Amended Complaint is extended to April 12, 2024, and Defendants' time to reply to Mr. Biden's response is extended to May 10, 2024.

      Signed this _____ day of March 2024.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE