Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROBERT HUNTER BIDEN

       Plaintiff

   vs.                       Civil No.      23-2711   (RC)

UNITED STATES INTERNAL REVENUE SERVICE       Category  E

       Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __4/11/2024__ from __Judge Timothy J. Kelly__ to __Judge Rudolph Contreras__ by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:   Judge Timothy J. Kelly   & Courtroom Deputy
       Judge Rudolph Contreras   & Courtroom Deputy
       Liaison, Calendar and Case Management Committee