UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>　　　　　　　Defendant. | Civil Action No. 1:23-cv-02711-RC<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT** |

　　　The Court having considered Defendant United States Internal Revenue Service's partial motion to dismiss the Amended Complaint, filed on February 27, 2024,

　　　IT IS HEREBY ORDERED that Defendant's partial motion to dismiss the Amended Complaint is DENIED.

　　　ENTERED this ____ day of April, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1