UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES INTERNAL REVENUE )<br>SERVICE, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:23-cv-02711 |

**JOINT MOTION TO DISMISS PURSUANT
TO FED. R. CIV. P. 12(b)(6)**

Internal Revenue Service Criminal Investigations Supervisory Special Agent Gary Shapley and Special Agent Joseph Ziegler, by and through their respective undersigned counsel, respectfully move this Court to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion"). As set forth more fully in the accompanying Memorandum of Law, which is incorporated herein by reference, the Amended Complaint should be dismissed in its entirety. Shapley and Ziegler respectfully request oral argument on this Motion.

Dated: May 17, 2024

Respectfully submitted,

/s/ *Mark D. Lytle*
Mark D. Lytle (D.C. Bar No. 1765292)

**NIXON PEABODY LLP**
Mark D. Lytle (*pro hac vice*)
799 9th Street NW, Suite 500
Washington, DC 20001
(202) 585-8000
mlytle@nixonpeabody.com

1

/s/ *Tristan L. Leavitt*
Tristan L. Leavitt (Id. Bar No. 8801)

**EMPOWER OVERSIGHT**
Tristan L. Leavitt (*pro hac vice*)
11116 Fairfax Boulevard, Suite 500 #1076
Fairfax, VA 22030
tl@empowr.us

/s/ *Justin K. Gelfand*
Justin K. Gelfand (D.C. Bar No. 90023996)

/s/ *Gregory P. Bailey*
Gregory P. Bailey (D.C. Bar No. 1781925)

**MARGULIS GELFAND, LLC**
Justin K. Gelfand (*pro hac vice*)
Gregory P. Bailey
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
(314) 390-0234
justin@margulisgelfand.com
greg@margulisgelfand.com

*Attorneys for Gary Shapley*


/s/ *John P. Rowley III*
John P. Rowley III (D.C. Bar No. 392629)

**SECIL LAW PLLC**
John P. Rowley III
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
(202) 642-0679
jrowley@secillaw.com

*Attorney for Joseph Ziegler*

## **CERTIFICATE OF SERVICE**

I certify that on May 17, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

/s/ *Gregory P. Bailey*
**MARGULIS GELFAND, LLC**
Gregory P. Bailey
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
(314) 390-0234
(314) 485-2264
greg@margulisgelfand.com