# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT HUNTER BIDEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 1:23-CV-02711 |
| v. | ) |
| | ) |
| **UNITED STATES INTERNAL REVENUE SERVICE,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), Proposed Intervenor Gary Shapley moves for the admission and appearance of attorney Mark D. Lytle pro hac vice in the above-entitled action. This motion is supported by the Declaration of Mark D. Lytle, filed herewith. This motion is supported and signed by Gregory P. Bailey, an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

**Margulis Gelfand, LLC**

*/s/ Gregory P. Bailey*
Gregory P. Bailey
1325 G. St., N.W., Suite 500
Washington, D.C. 20004
Telephone: 202.975.0895
Facsimile: 314.485.2264
greg@margulisgelfand.com
*Counsel for Proposed Intervenor*

## Certificate of Service

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Gregory P. Bailey
Gregory P. Bailey
1325 G. St., N.W., Suite 500
Washington, D.C. 20004
Telephone: 202.975.0895
Facsimile: 314.485.2264
greg@margulisgelfand.com
*Counsel for Proposed Intervenor*