# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>        Defendant. | Civil Action No. 1:23-cv-02711-RC<br><br>**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND THE PARTIES' TIME TO RESPOND TO JOINT MOTION TO INTERVENE BY INTERVENOR-DEFENDANTS** |

    The Court having considered the Consent Motion to extend the parties' time to respond to joint motion to intervene by intervenor-defendants, filed on May 24, 2024,

    IT IS HEREBY ORDERED that Mr. Biden's Consent Motion to extend time to respond to joint motion to intervene by intervenor-defendants is GRANTED.

    ENTERED this ____ day of _____, 2024.

                                                                              _____<br>
                                                                              The Honorable Rudolph Contreras<br>
                                                                              United States District Judge