UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES INTERNAL REVENUE )<br>SERVICE, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:23-cv-02711 |

**JOINT CONSENT MOTION TO EXTEND THE TIME TO FILE A REPLY TO PARTIES' RESPONSES TO JOINT MOTION TO INTERVENE**

Proposed Intervenors IRS Supervisory Special Agent Gary Shapley and IRS Special Agent Jospeh Ziegler (the "Proposed Intervenors"), by and through their respective undersigned counsel, respectfully move this Court for an extension of time to reply to the Plaintiff's and Defendant's respective responses to the pending Joint Motion to Intervene. (Doc. 29, 30). The Proposed Intervenors request an extension of 30 days, which would make the proposed deadline August 7, 2024. In accordance with Local Civil Rule 7(m), both the Plaintiff and Defendant consent to this requested extension.

In accordance with Federal Rule of Civil Procedure 6(b)(1)(A), this Court may extend the time to file this reply for good cause. Good cause exists to support this request. In addition to the celebration of Independence Day occurring this week, a majority of counsel for Proposed Intervenors will be travelling during most of the month of July. The preparation of a reply will require in-depth analysis of the arguments contained in the response and this request is not made

to unnecessarily hinder or delay the proceedings. This is the Proposed Intervenors' first request for an extension.

Wherefore, with the consent of all parties, the Proposed Intervenors respectfully request this Court extend the deadline for filing a reply to August 7, 2024. A proposed order is attached to this Motion.

Dated: July 3, 2024

Respectfully submitted,

/s/ *Mark D. Lytle*
Mark D. Lytle (D.C. Bar No. 1765292)
**NIXON PEABODY LLP**
Mark D. Lytle (*pro hac vice*)
799 9th Street NW, Suite 500
Washington, DC 20001
(202) 585-8000
mlytle@nixonpeabody.com

/s/ *Tristan L. Leavitt*
Tristan L. Leavitt (Id. Bar No. 8801)
**EMPOWER OVERSIGHT**
Tristan L. Leavitt (*pro hac vice*)
11116 Fairfax Boulevard, Suite 500 #1076
Fairfax, VA 22030
tl@empowr.us

/s/ *Justin K. Gelfand*
Justin K. Gelfand (D.C. Bar No. 90023996)
/s/ *Gregory P. Bailey*
Gregory P. Bailey (D.C. Bar No. 1781925)
**MARGULIS GELFAND, LLC**
Justin K. Gelfand (*pro hac vice*)
Gregory P. Bailey
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
(314) 390-0234
justin@margulisgelfand.com
greg@margulisgelfand.com

*Attorneys for Gary Shapley*

/s/ *John P. Rowley III*
John P. Rowley III (D.C. Bar No. 392629)

**SECIL LAW PLLC**
John P. Rowley III
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
(202) 642-0679
jrowley@secillaw.com

*Attorney for Joseph Ziegler*

## CERTIFICATE OF SERVICE

I certify that on July 3, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

/s/ *Gregory P. Bailey*
Gregory P. Bailey (D.C. Bar No. 1781925)
**MARGULIS GELFAND, LLC**
Gregory P. Bailey
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
(314) 390-0234
(314) 485-2264
greg@margulisgelfand.com