AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ROBERT HUNTER BIDEN, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-02711-RC |
| UNITED STATES INTERNAL REVENUE SERVICE, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor Gary Shapley.

Date:  08/16/2024

*Attorney's signature*

Mark D. Lytle   DC Bar # 1765392
*Printed name and bar number*

799 9th St. NW, Suite 500, Washington, D.C. 20001
*Address*

mlytle@nixonpeabody.com
*E-mail address*

202-585-8435
*Telephone number*

*FAX number*