IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, *Plaintiff*, v. UNITED STATES INTERNAL REVENUE SERVICE, *Defendant*. | Case No. 1:23-cv-02711-RC |

## NOTICE OF INTENT TO FILE BRIEF AS AMICUS CURIAE

The United States House of Representatives,[1] by counsel, respectfully advises both the Court and the parties of its intent to seek leave to file a brief as amicus curiae if the pending Joint Motion of Gary Shapley and Joseph Ziegler to Intervene as Intervenor-Defendants (ECF No. 22) is granted, and the Proposed Intervenors' Joint Motion to Dismiss (ECF No. 22-1) thus becomes ripe for consideration.

The House has a significant interest in whistleblowers providing information to Congress regarding waste, fraud, abuse, and other misconduct at federal agencies. And if potential future whistleblowers fear that providing such information will cause them to become the subject of

---

[1] The Bipartisan Legal Advisory Group (BLAG) of the U.S. House of Representatives has authorized the filing of this notice. The BLAG comprises the Honorable Mike Johnson, Speaker of the House, the Honorable Steve Scalise, Majority Leader, the Honorable Tom Emmer, Majority Whip, the Honorable Hakeem Jeffries, Minority Leader, and the Honorable Katherine Clark, Minority Whip, and it "speaks for, and articulates the institutional position of, the House in all litigation matters." Rule II.8(b), Rules of the U.S. House of Representatives, 118th Cong. (2023), https://perma.cc/DK3P-55K6. The Speaker of the House, the Majority Leader, and the Majority Whip voted to support the filing of this notice; the Minority Leader and Minority Whip did not.

vexatious litigation, they will be deterred from coming forward, harming the House's efforts to conduct its oversight responsibilities.

Here, the House's potential amicus brief will be in support of the Proposed Intervenors' Joint Motion to Dismiss. Among other things, the brief will argue that once the House Committee on Ways and Means votes to report any tax return or return information to the full House in accordance with 26 U.S.C. § 6103(f)(4)(A), that information is no longer subject to the confidentiality requirement contained at 26 U.S.C. § 6103(a).

The House will continue to monitor the docket in this matter. If and when appropriate, the House will seek leave to file its proposed amicus brief in accordance with the Court's local rules.

Respectfully submitted,

*/s/ Matthew B. Berry*
MATTHEW B. BERRY (D.C. Bar No. 1002470)
   *General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
   *Deputy General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
matthew.berry@mail.house.gov

September 16, 2024