AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| ROBERT HUNTER BIDEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-CV-02711-RC |
| UNITED STATES INTERNAL REVNUE SERVICE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor Gary Shapley                                                                          .

Date:      09/16/2024

/s/ Justin K. Gelfand
*Attorney's signature*

Justin K. Gelfand, DC Bar #90023996
*Printed name and bar number*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105

*Address*

justin@margulisgelfand.com
*E-mail address*

(314) 390-0230
*Telephone number*

(314) 485-2264
*FAX number*