# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT HUNTER BIDEN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 23-2711 (RC) |
| | : | |
| v. | : | Re Document Nos.: 17, 22 |
| | : | |
| UNITED STATES INTERNAL REVENUE SERVICE, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANT'S PARTIAL MOTION TO DISMISS;
### DENYING INTERVENOR-DEFENDANTS' MOTION TO INTERVENE

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Defendant United States Internal Revenue Service's Partial Motion to Dismiss (ECF No. 17) is **GRANTED IN PART** as to Plaintiff Robert Hunter Biden's Privacy Act claims and claims for injunctive and declaratory relief **AND DENIED IN PART** as to Biden's claims for damages under 26 U.S.C. §§ 6103 and 7431; and it is

**FURTHER ORDERED** that Intervenor-Defendants Gary Shapley and Joseph Ziegler's Joint Motion to Intervene (ECF No. 22) is **DENIED**.

**SO ORDERED**.

Dated: September 27, 2024

RUDOLPH CONTRERAS
United States District Judge