UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES INTERNAL REVENUE )<br>SERVICE, )<br>)<br>    Defendant. )<br>) | Case No. 1:23-CV-02711 |

## JOINT NOTICE OF APPEAL

Proposed Intervenors IRS Supervisory Special Agent Gary Shapley and IRS Special Agent Jospeh Ziegler (the "Proposed Intervenors"), by and through their respective undersigned counsel, hereby respectfully provide notice of their appeal to the United States Court of Appeals for the District of Columbia from the portion of this Court's Order entered September 27, 2024, (Doc. 38), denying their Joint Motion to Intervene. (Doc. 22).

With respect to the Order, Proposed Intervenors respectfully provide notice of their intent to evaluate and pursue all meritorious claims on this appeal of the Order which "prevents a putative intervenor from becoming a party in *any* respect . . . [and, therefore] is subject to immediate review." *J.B. Stringfellow, Jr. v. Concerned Neighbors in Action*, 480 U.S. 370, 377 (1987) (*citing Railroad Trainmen v. Baltimore & Ohio R. Co.*, 331 U.S. 519, 524-25 (1947)) (emphasis in original).

In accordance with Federal Rule of Appellate Procedure 4(a)(1)(B)(ii), and because the United States Internal Revenue Service is a party to this litigation, this Notice is timely.

Dated: October 25, 2024                                    Respectfully submitted,

/s/ *Mark D. Lytle*
Mark D. Lytle (D.C. Bar No. 1765292)
**NIXON PEABODY LLP**
Mark D. Lytle
799 9th Street NW, Suite 500
Washington, DC 20001
(202) 585-8000
mlytle@nixonpeabody.com

/s/ *Tristan L. Leavitt*
Tristan L. Leavitt (Id. Bar No. 8801)
**EMPOWER OVERSIGHT**
Tristan L. Leavitt (*pro hac vice*)
11116 Fairfax Boulevard, Suite 500 #1076
Fairfax, VA 22030
tl@empowr.us

/s/ *Justin K. Gelfand*
Justin K. Gelfand (D.C. Bar No. 90023996)
/s/ *Gregory P. Bailey*
Gregory P. Bailey (D.C. Bar No. 1781925)
**MARGULIS GELFAND, LLC**
Justin K. Gelfand
Gregory P. Bailey
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
(314) 390-0234
justin@margulisgelfand.com
greg@margulisgelfand.com

*Attorneys for Gary Shapley*

/s/ *John P. Rowley III*
John P. Rowley III (D.C. Bar No. 392629)
**SECIL LAW PLLC**
John P. Rowley III
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
(202) 642-0679
jrowley@secillaw.com

*Attorney for Joseph Ziegler*

## CERTIFICATE OF SERVICE

      I certify that on October 25, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

      /s/ *Gregory P. Bailey*
Gregory P. Bailey (D.C. Bar No. 1781925)
**MARGULIS GELFAND, LLC**
Gregory P. Bailey
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
(314) 390-0234
(314) 485-2264
greg@margulisgelfand.com