APPEAL,JURY,TYPE−E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:23−cv−02711−RC
### *Internal Use Only*

| | |
|---|---|
| BIDEN v. UNITED STATES INTERNAL REVENUE SERVICE | Date Filed: 09/18/2023 |
| Assigned to: Judge Rudolph Contreras | Jury Demand: Plaintiff |
| Cause: 05:552 Right to Privacy Act | Nature of Suit: 870 Taxes |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**ROBERT HUNTER BIDEN**   represented by   **Christopher D. Man**
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
202−282−5000
Fax: 202−282−5100
Email: CMan@winston.com
*ATTORNEY TO BE NOTICED*

**Abbe David Lowell**
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
202−282−5875
Fax: 202−282−5100
Email: adlowell@winston.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES INTERNAL REVENUE SERVICE**   represented by   **Bradley P. Humphreys**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 305−0878
Fax: (202) 639−6066
Email: bradley.humphreys@usdoj.gov
*TERMINATED: 10/09/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Elizabeth Smith**
U.S. DEPARTMENT OF JUSTICE
Tax Division
717 N. Harwood Street

|  |  |
|---|---|
|  | Ste 400<br>Dallas, TX 75201<br>214–880–9779<br>Fax: 214–880–9741<br>Email: mary.e.smith@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeremy Allen Rill**<br>DOJ–TAX<br>Tax Division<br>P.O. Box 14198<br>Washington, DC 20044<br>202–307–0513<br>Email: jeremy.a.rill@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **GARY SHAPLEY**<br>*TERMINATED: 09/27/2024* | represented by | **Gregory P. Bailey**<br>MARGULIS GELFAND, LLC<br>7700 Bonhomme Avenue<br>Suite 750<br>St. Louis, MO 63105<br>202–975–0895<br>Fax: 314–485–2264<br>Email: greg@margulisgelfand.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark D. Lytle**<br>NIXON PEABODY LLP<br>799 Ninth Street, N.W.<br>Suite 500<br>Washington, DC 20001<br>202–585–8435<br>Fax: 202–585–8080<br>Email: mlytle@nixonpeabody.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Justin K Gelfand**<br>MARGULIS GELFAND, LLC<br>7700 Bonhomme Ave.<br>Suite 750<br>Saint Louis, MO 63105<br>314–390–0230<br>Email: justin@margulisgelfand.com<br>*ATTORNEY TO BE NOTICED* |

**Movant**

represented by

| | |
|---|---|
| **JOSEPH ZIEGLER**<br>*TERMINATED: 09/27/2024* | **John Patrick Rowley , III**<br>SECIL LAW PLLC<br>1701 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006, Ste 200<br>District of Columbia, DC 20006<br>202−642−0679<br>Email: jrowley@secillaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** | |
| **U.S. HOUSE OF REPRESENTATIVES** | represented by **Matthew B. Berry**<br>OFFICE OF GENERAL COUNSEL<br>5140 O'Neill House Office Building<br>Washington, DC 20515<br>202−225−9700<br>Email: matthew.berry@mail.house.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Todd Barry Tatelman**<br>U.S. HOUSE OF REPRESENTATIVES<br>Office of General Counsel<br>5140 O'Neill House Office Building<br>Washington, DC 20515<br>202−225−9700<br>Email: todd.tatelman@mail.house.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2023 | 1 | COMPLAINT against UNITED STATES INTERNAL REVENUE SERVICE with Jury Demand ( Filing fee $ 402 receipt number ADCDC−10356930) filed by ROBERT HUNTER BIDEN. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Lowell, Abbe) (Entered: 09/18/2023) |
| 09/18/2023 | | Case Assigned to Judge Timothy J. Kelly. (zcb) (Entered: 09/18/2023) |
| 09/18/2023 | 2 | SUMMONS (3) Issued Electronically as to UNITED STATES INTERNAL REVENUE SERVICE, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(zcb) (Entered: 09/18/2023) |
| 09/18/2023 | | NOTICE OF ERROR re 1 Complaint; emailed to adlowell@winston.com, cc'd 2 associated attorneys −− The PDF file you docketed contained errors: 1. Noncompliance with LCvR 5.1(c). Please file an errata correcting the initiating pleading to include the name & full residence address of each party using the event Errata. (cb, ) (Entered: 09/18/2023) |
| 09/18/2023 | 3 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ROBERT HUNTER BIDEN (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Notice of Address Pursuant to LCvR 5.1(c), # 2 |

| | | |
|---|---|---|
| | | Text of Proposed Order)(Lowell, Abbe) (Entered: 09/18/2023) |
| 09/18/2023 | 4 | NOTICE of Appearance by Abbe David Lowell on behalf of ROBERT HUNTER BIDEN (Lowell, Abbe) (Entered: 09/18/2023) |
| 09/18/2023 | 5 | NOTICE of Appearance by Christopher D. Man on behalf of ROBERT HUNTER BIDEN (Man, Christopher) (Entered: 09/18/2023) |
| 09/19/2023 | | MINUTE ORDER granting Plaintiff's 3 Motion for Leave to File Notice of Residence Address under Seal. Local Rule 5.1(c)(1) permits a party who "does not wish [his] full residence address to appear on the public docket" to "omit [his] address" from his "first filing" and "simultaneously file under seal a notice containing [his] full address." Plaintiff has filed his full residence address in a sealed notice. Thus, it is hereby ORDERED that Plaintiff's 3 Motion for Leave to File Notice of Residence Address under Seal is GRANTED. Signed by Judge Timothy J. Kelly on 9/19/2023. (lctjk3) (Entered: 09/19/2023) |
| 09/19/2023 | 6 | STANDING ORDER. See Order for details. Signed by Judge Timothy J. Kelly on 9/19/2023. (lctjk3) (Entered: 09/19/2023) |
| 09/25/2023 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES INTERNAL REVENUE SERVICE served on 9/18/2023 (Lowell, Abbe) (Entered: 09/25/2023) |
| 09/25/2023 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 9/18/2023. Answer due for ALL FEDERAL DEFENDANTS by 11/17/2023. (Lowell, Abbe) (Entered: 09/25/2023) |
| 11/01/2023 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 10/10/2023. (Lowell, Abbe) (Entered: 11/01/2023) |
| 11/13/2023 | 10 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by UNITED STATES INTERNAL REVENUE SERVICE. (Attachments: # 1 Text of Proposed Order)(Smith, Mary) (Entered: 11/13/2023) |
| 11/13/2023 | 11 | NOTICE of Appearance by Jeremy Allen Rill on behalf of UNITED STATES INTERNAL REVENUE SERVICE (Rill, Jeremy) (Entered: 11/13/2023) |
| 11/13/2023 | 12 | NOTICE of Appearance by Bradley P. Humphreys on behalf of UNITED STATES INTERNAL REVENUE SERVICE (Humphreys, Bradley) (Main Document 12 replaced on 11/13/2023) (znmw). (Entered: 11/13/2023) |
| 11/15/2023 | | MINUTE ORDER: Upon consideration of Defendant's 10 Unopposed Motion for Extension of Time, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Defendant shall answer or otherwise respond to Plaintiff's 1 Complaint by January 16, 2024. Signed by Judge Timothy J. Kelly on 11/15/2023. (lctjk3) (Entered: 11/15/2023) |
| 01/16/2024 | 13 | Partial MOTION to Dismiss by UNITED STATES INTERNAL REVENUE SERVICE. (Attachments: # 1 Text of Proposed Order)(Smith, Mary) (Entered: 01/16/2024) |
| 01/23/2024 | 14 | Joint MOTION for Extension of Time to File Response/Reply as to 13 Partial MOTION to Dismiss by ROBERT HUNTER BIDEN. (Attachments: # 1 Text of |

| | | |
|---|---|---|
| | | Proposed Order)(Lowell, Abbe) (Entered: 01/23/2024) |
| 01/25/2024 | | MINUTE ORDER: Upon consideration of the parties' 14 Joint Motion for Extension of Time, it is hereby ORDERED that the motion is GRANTED. Plaintiff shall have until February 20, 2024, to respond to Defendant's 13 Partial Motion to Dismiss. Defendant shall have until March 12, 2024, to reply to Plaintiff's response. Signed by Judge Timothy J. Kelly on 1/25/2024. (lctjk3) (Entered: 01/25/2024) |
| 02/05/2024 | 15 | AMENDED COMPLAINT against UNITED STATES INTERNAL REVENUE SERVICE with Jury Demand filed by ROBERT HUNTER BIDEN. (Attachments: # 1 Amended Complaint Redline Copy)(Lowell, Abbe) (Entered: 02/05/2024) |
| 02/09/2024 | 16 | Unopposed MOTION for Extension of Time to File Answer re 15 Amended Complaint by UNITED STATES INTERNAL REVENUE SERVICE. (Attachments: # 1 Text of Proposed Order)(Humphreys, Bradley) (Entered: 02/09/2024) |
| 02/12/2024 | | MINUTE ORDER denying Defendant's 13 Partial Motion to Dismiss and granting Defendant's 16 Unopposed Motion for Extension of Time. Plaintiff filed an 15 Amended Complaint within 21 days after service of the Government's 13 Partial Motion to Dismiss. *See* Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course no later than:... 21 days after service of a motion under Rule 12(b)."). When a plaintiff files an amended complaint, it renders moot a motion to dismiss the original complaint. *See Gray v. D.C. Public Schools*, 688 F. Supp. 2d 1, 6 (D.D.C. 2010). Accordingly, it is hereby ORDERED that Defendant's 13 Partial Motion to Dismiss is DENIED AS MOOT. It is further ORDERED that Defendant's 16 Unopposed Motion for Extension of Time is GRANTED. Defendant's time to answer or otherwise respond to Plaintiff's 15 Amended Complaint is EXTENDED to February 27, 2024. Signed by Judge Timothy J. Kelly on 2/12/2024. (lctjk3) (Entered: 02/12/2024) |
| 02/27/2024 | 17 | Partial MOTION to Dismiss by UNITED STATES INTERNAL REVENUE SERVICE. (Attachments: # 1 Text of Proposed Order)(Smith, Mary) (Entered: 02/27/2024) |
| 03/04/2024 | 18 | Unopposed MOTION for Extension of Time to File Response/Reply as to 17 Partial MOTION to Dismiss *Amended Complaint* by ROBERT HUNTER BIDEN. (Attachments: # 1 Text of Proposed Order)(Lowell, Abbe) (Entered: 03/04/2024) |
| 03/05/2024 | | MINUTE ORDER: Upon consideration of the parties' 18 Motion for Extension of Time, it is hereby ORDERED that the motion is GRANTED. Plaintiff's time to respond to Defendant's 17 Partial Motion to Dismiss is EXTENDED to April 12, 2024. Defendant's time to reply is EXTENDED to May 10, 2024. Signed by Judge Timothy J. Kelly on 3/5/2024. (lctjk3) (Entered: 03/05/2024) |
| 04/11/2024 | 19 | Case randomly reassigned to Judge Rudolph Contreras. Judge Timothy J. Kelly is no longer assigned to the case. (rj) (Entered: 04/11/2024) |
| 04/12/2024 | 20 | Memorandum in opposition to re 17 Motion to Dismiss filed by ROBERT HUNTER BIDEN. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Text of Proposed Order)(Lowell, Abbe) (Entered: 04/12/2024) |
| 05/10/2024 | 21 | REPLY to opposition to motion re 17 Partial MOTION to Dismiss filed by UNITED STATES INTERNAL REVENUE SERVICE. (Smith, Mary) (Entered: 05/10/2024) |
| 05/17/2024 | 22 | Joint MOTION to Intervene *as Intervenor–Defendants* by Gary Shapley, JOSEPH ZIEGLER. (Attachments: # 1 Exhibit 1 – Joint Motion to Dismiss, # 2 Exhibit 2 – |

| | | |
|---|---|---|
| | | Memorandum in Supoport)(Bailey, Gregory) (Entered: 05/17/2024) |
| 05/17/2024 | 23 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Mark D. Lytle, Filing fee $ 100, receipt number ADCDC–10905091. Fee Status: Fee Paid. by Gary Shapley. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Bailey, Gregory) (Entered: 05/17/2024) |
| 05/17/2024 | 24 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Justin K. Gelfand, Filing fee $ 100, receipt number ADCDC–10905127. Fee Status: Fee Paid. by Gary Shapley. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Bailey, Gregory) (Entered: 05/17/2024) |
| 05/17/2024 | 25 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Tristan L. Leavitt, Filing fee $ 100, receipt number ADCDC–10905137. Fee Status: Fee Paid. by Gary Shapley. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Bailey, Gregory) (Attachment 1 replaced on 5/20/2024) (znmw). (Attachment 2 replaced on 5/20/2024) (znmw). (Entered: 05/17/2024) |
| 05/17/2024 | 26 | NOTICE of Appearance by John P. Rowley, III on behalf of JOSEPH ZIEGLER (Rowley, John) (Main Document 26 replaced on 5/20/2024) (znmw). (Entered: 05/17/2024) |
| 05/21/2024 | | MINUTE ORDER granting 24 Motion for Leave to Appear *Pro Hac Vice*: Pursuant to Local Civil Rule 83.2, it is hereby ORDERED that Justin K. Gelfand is admitted to represent Proposed Intervenor Gary Shapley, *pro hac vice* in this case. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. SO ORDERED. Signed by Judge Rudolph Contreras on 5/21/2024. (lcrc1) (Entered: 05/21/2024) |
| 05/21/2024 | | MINUTE ORDER granting 25 Motion for Leave to Appear *Pro Hac Vice*: Pursuant to Local Civil Rule 83.2, it is hereby ORDERED that Tristan L. Leavitt is admitted to represent Proposed Intervenor Gary Shapley, *pro hac vice* in this case. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. SO ORDERED. Signed by Judge Rudolph Contreras on 5/21/2024. (lcrc1) (Entered: 05/21/2024) |
| 05/21/2024 | 27 | DECLARATION by GARY SHAPLEY re 23 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Mark D. Lytle, Filing fee $ 100, receipt number ADCDC–10905091. Fee Status: Fee Paid.. (Bailey, Gregory) (Entered: 05/21/2024) |
| 05/21/2024 | | MINUTE ORDER granting 23 Motion for Leave to Appear *Pro Hac Vice*: Pursuant to Local Civil Rule 83.2, it is hereby ORDERED that Mark D. Lytle is admitted to represent Proposed Intervenor Gary Shapley, *pro hac vice* in this case. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. SO ORDERED. Signed by Judge Rudolph Contreras on 5/21/2024. (lcrc1) (Entered: 05/21/2024) |
| 05/24/2024 | 28 | Consent MOTION for Extension of Time to File Response/Reply as to 22 Joint MOTION to Intervene *as Intervenor–Defendants* by ROBERT HUNTER BIDEN. (Attachments: # 1 Text of Proposed Order)(Lowell, Abbe) (Entered: 05/24/2024) |
| 05/24/2024 | | MINUTE ORDER granting 28 Plaintiff's Consent Motion to Extend the Parties' Time to Respond: It is hereby ORDERED that Plaintiff's and Defendant's responses to Proposed Intervenor–Defendants' Joint Motion to Intervene shall be filed on or before July 1, 2024. SO ORDERED. Signed by Judge Rudolph Contreras on 5/24/2024. |

| | | |
|---|---|---|
| | | (lcrc1) (Entered: 05/24/2024) |
| 07/01/2024 | 29 | RESPONSE re 22 Joint MOTION to Intervene *as Intervenor−Defendants* filed by UNITED STATES INTERNAL REVENUE SERVICE. (Smith, Mary) (Entered: 07/01/2024) |
| 07/01/2024 | 30 | RESPONSE re 22 Joint MOTION to Intervene *as Intervenor−Defendants* filed by ROBERT HUNTER BIDEN. (Attachments: # 1 Text of Proposed Order)(Lowell, Abbe) (Entered: 07/01/2024) |
| 07/03/2024 | 31 | Joint MOTION for Extension of Time to File Response/Reply as to 22 Joint MOTION to Intervene *as Intervenor−Defendants with Consent* by GARY SHAPLEY, JOSEPH ZIEGLER. (Attachments: # 1 Text of Proposed Order)(Bailey, Gregory) (Entered: 07/03/2024) |
| 07/03/2024 | | MINUTE ORDER granting 31 Proposed Intervenors' Joint Consent Motion to Extend the Time to File a Reply: It is hereby ORDERED that Proposed Intervenors' reply to Plaintiff's and Defendant's responses to the pending Joint Motion to Intervene shall be filed on or before August 7, 2024. SO ORDERED. Signed by Judge Rudolph Contreras on 7/3/2024. (lcrc1) (Entered: 07/03/2024) |
| 08/07/2024 | 32 | REPLY to opposition to motion re 22 Joint MOTION to Intervene *as Intervenor−Defendants* filed by GARY SHAPLEY, JOSEPH ZIEGLER. (Bailey, Gregory) (Entered: 08/07/2024) |
| 08/16/2024 | 33 | NOTICE of Appearance by Mark D. Lytle on behalf of GARY SHAPLEY (Lytle, Mark) (Entered: 08/16/2024) |
| 09/16/2024 | 34 | NOTICE of Appearance by Matthew B. Berry on behalf of U.S. HOUSE OF REPRESENTATIVES (Berry, Matthew) (Entered: 09/16/2024) |
| 09/16/2024 | 35 | NOTICE of Appearance by Todd Barry Tatelman on behalf of U.S. HOUSE OF REPRESENTATIVES (Tatelman, Todd) (Entered: 09/16/2024) |
| 09/16/2024 | 36 | NOTICE *OF INTENT TO FILE AS AMICUS CURIAE* by U.S. HOUSE OF REPRESENTATIVES (Berry, Matthew) (Entered: 09/16/2024) |
| 09/16/2024 | 37 | NOTICE of Appearance by Justin K Gelfand on behalf of GARY SHAPLEY (Gelfand, Justin) (Entered: 09/16/2024) |
| 09/27/2024 | 38 | ORDER granting in part and denying in part 17 Defendant's Partial Motion to Dismiss; denying 22 Joint Motion to Intervene. See document for details. Signed by Judge Rudolph Contreras on 9/27/2024. (lcrc3) (Entered: 09/27/2024) |
| 09/27/2024 | 39 | MEMORANDUM OPINION granting in part and denying in part 17 Defendant's Partial Motion to Dismiss; denying 22 Joint Motion to Intervene. See document for details. Signed by Judge Rudolph Contreras on 9/27/2024. (lcrc3) (Entered: 09/27/2024) |
| 10/09/2024 | 40 | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES INTERNAL REVENUE SERVICE. Attorney Bradley P. Humphreys terminated. (Humphreys, Bradley) (Entered: 10/09/2024) |
| 10/11/2024 | 41 | ANSWER to 15 Amended Complaint by UNITED STATES INTERNAL REVENUE SERVICE.(Smith, Mary) (Entered: 10/11/2024) |
| 10/15/2024 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: It is hereby ORDERED that the parties shall meet, confer, and submit a joint report in accordance with Local Civil Rule 16.3 on or before October 29, 2024. SO ORDERED. Signed by Judge Rudolph Contreras on 10/15/2024. (lcrc3) (Entered: 10/15/2024) |
| 10/25/2024 | 42 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 38 Order on Motion to Dismiss, Order on Motion to Intervene by GARY SHAPLEY, JOSEPH ZIEGLER. Filing fee $ 605, receipt number ADCDC−11257562. Fee Status: Fee Paid. Parties have been notified. (Bailey, Gregory) (Entered: 10/25/2024) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | Case No. 1:23-CV-02711 |

## JOINT NOTICE OF APPEAL

Proposed Intervenors IRS Supervisory Special Agent Gary Shapley and IRS Special Agent Jospeh Ziegler (the "Proposed Intervenors"), by and through their respective undersigned counsel, hereby respectfully provide notice of their appeal to the United States Court of Appeals for the District of Columbia from the portion of this Court's Order entered September 27, 2024, (Doc. 38), denying their Joint Motion to Intervene. (Doc. 22).

With respect to the Order, Proposed Intervenors respectfully provide notice of their intent to evaluate and pursue all meritorious claims on this appeal of the Order which "prevents a putative intervenor from becoming a party in *any* respect . . . [and, therefore] is subject to immediate review." *J.B. Stringfellow, Jr. v. Concerned Neighbors in Action*, 480 U.S. 370, 377 (1987) (*citing Railroad Trainmen v. Baltimore & Ohio R. Co.*, 331 U.S. 519, 524-25 (1947)) (emphasis in original).

In accordance with Federal Rule of Appellate Procedure 4(a)(1)(B)(ii), and because the United States Internal Revenue Service is a party to this litigation, this Notice is timely.

Dated: October 25, 2024                                   Respectfully submitted,

/s/ *Mark D. Lytle*
Mark D. Lytle (D.C. Bar No. 1765292)
**NIXON PEABODY LLP**
Mark D. Lytle
799 9th Street NW, Suite 500
Washington, DC 20001
(202) 585-8000
mlytle@nixonpeabody.com

/s/ *Tristan L. Leavitt*
Tristan L. Leavitt (Id. Bar No. 8801)
**EMPOWER OVERSIGHT**
Tristan L. Leavitt (*pro hac vice*)
11116 Fairfax Boulevard, Suite 500 #1076
Fairfax, VA 22030
tl@empowr.us

/s/ *Justin K. Gelfand*
Justin K. Gelfand (D.C. Bar No. 90023996)
/s/ *Gregory P. Bailey*
Gregory P. Bailey (D.C. Bar No. 1781925)
**MARGULIS GELFAND, LLC**
Justin K. Gelfand
Gregory P. Bailey
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
(314) 390-0234
justin@margulisgelfand.com
greg@margulisgelfand.com

*Attorneys for Gary Shapley*

/s/ *John P. Rowley III*
John P. Rowley III (D.C. Bar No. 392629)
**SECIL LAW PLLC**
John P. Rowley III
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
(202) 642-0679
jrowley@secillaw.com

*Attorney for Joseph Ziegler*

## **CERTIFICATE OF SERVICE**

      I certify that on October 25, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

      /s/ *Gregory P. Bailey*
Gregory P. Bailey (D.C. Bar No. 1781925)
**MARGULIS GELFAND, LLC**
Gregory P. Bailey
7700 Bonhomme Avenue, Suite 750
St. Louis, MO 63105
(314) 390-0234
(314) 485-2264
greg@margulisgelfand.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT HUNTER BIDEN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   23-2711 (RC) |
| | : | |
| v. | : | Re Document Nos.:   17, 22 |
| | : | |
| UNITED STATES INTERNAL REVENUE SERVICE, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

**GRANTING IN PART AND DENYING IN PART DEFENDANT'S PARTIAL MOTION TO DISMISS;**

**DENYING INTERVENOR-DEFENDANTS' MOTION TO INTERVENE**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Defendant United States Internal Revenue Service's Partial Motion to Dismiss (ECF No. 17) is **GRANTED IN PART** as to Plaintiff Robert Hunter Biden's Privacy Act claims and claims for injunctive and declaratory relief **AND DENIED IN PART** as to Biden's claims for damages under 26 U.S.C. §§ 6103 and 7431; and it is

**FURTHER ORDERED** that Intervenor-Defendants Gary Shapley and Joseph Ziegler's Joint Motion to Intervene (ECF No. 22) is **DENIED**.

**SO ORDERED**.

Dated: September 27, 2024                                                              RUDOLPH CONTRERAS
                                                                                                              United States District Judge