**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ROBERT HUNTER BIDEN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:    23-cv-2711 (RC) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**SCHEDULING ORDER**

Upon consideration of the parties' Meet and Confer Statement (ECF No. 44), it is hereby

**ORDERED** that the following schedule shall govern proceedings in this case:

1. any other parties to this action must be joined by **December 13, 2024**;

2. any party proposing amendments to the pleadings must seek leave to do so by **December 13, 2024**;

3. the parties shall submit any proposed protective order by **December 13, 2024**, for consideration and entry by this Court;

4. the parties must exchange the disclosures required by Fed. R. Civ. P. 26(a)(1) by **November 12, 2024**;

5. discovery of facts relevant to all claims, counterclaims, and defenses will commence **immediately** and must conclude by **June 30, 2025**. The parties shall produce ESI either in native format rendered to TIFF images with a cross-reference load file or as text-searchable Adobe PDF files. In the event metadata is desired by a receiving party but cannot reasonably be produced via these methods, the parties shall confer in good faith and attempt to resolve the issue on a case-by-

case basis. To the extent either party seeks the production of email or other electronic communications, the parties shall confer in good faith and establish reasonable search parameters, including search terms, custodians, and time periods. The parties shall establish a timetable for production of responsive information that takes into consideration the volume of materials to be searched and the total number of responsive documents to be produced;

6. plaintiff's expert disclosures and reports shall be served by **March 31, 2025**, and defendant's expert disclosures and reports shall be served by **May 30, 2025**;

7. discovery related to experts must conclude by **June 30, 2025**; and

8. the parties shall appear for a status conference before the Court on **July 8, 2025, at 9:30 a.m.** in Courtroom 23A.

It is **FURTHER ORDERED** that, before bringing a discovery dispute to the Court's attention, the parties must meet and confer in good faith in an attempt to resolve the dispute informally. If the parties are unable to resolve the dispute, they must contact chambers to arrange for a telephonic conference with the Court. The parties must obtain leave of the Court before filing any motion relating to a discovery dispute. Any discovery motions that are filed prior to obtaining such leave may be summarily denied for failure to comply with this order.

**SO ORDERED**.

Dated: October 31, 2024                                        RUDOLPH CONTRERAS
                                                              United States District Judge