## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 1:23-cv-02711-RC |

## MOTION TO ADMIT *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(e) of the United States District Court for the District of Columbia, I, Abbe David Lowell, a Member in good standing of the Bar of this Court, hereby move for the *pro hac vice* admission of David A. Kolansky as additional counsel representing Plaintiff Robert Hunter Biden in the above-referenced matter.  Mr. Kolansky is admitted to practice in the State of New York and is an associate with the law firm of Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166.  Mr. Kolansky's declaration in support of his admission is attached as Exhibit 1.  In accordance with Local Rule 7(c), a proposed order is also attached hereto.

Dated: November 8, 2024

Respectfully submitted,

*/s/ Abbe David Lowell*
Abbe David Lowell (Bar No. 358651DC)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C. 20036
(202) 282-5000 (Ph)
(202) 282-5100 (Fax)
AbbeLowellPublicOutreach@winston.com

*Counsel for Robert Hunter Biden*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, a true and correct copy of the foregoing was served via ECF to all counsel of record.

                                                                */s/ Abbe David Lowell*
                                                                Abbe David Lowell