# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT HUNTER BIDEN, | |
| Plaintiff, | |
| v. | Civil Action No. 1:23-cv-02711-RC |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**<u>DECLARATION OF DAVID A. KOLANSKY</u>**

I, DAVID A. KOLANSKY, hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1.      I am an Associate at the law firm of Winston & Strawn LLP, with offices at 200 Park Avenue, New York, NY 10166 (Tel.: (212) 294-6700); Email: DKolansky@winston.com).

2.      I am duly licensed to practice law in the State of New York.  I am also admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York.

3.      I have never been disciplined, suspended or disbarred by any court or jurisdiction. There are no disciplinary proceedings of any kind outstanding against me.

4.      I have not been admitted *pro hac vice* in this Court in the last two (2) years.

5.      I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

1

6.    For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this matter.  If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

Executed on November 8, 2024
New York, New York

David A. Kolansky