AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ROBERT HUNTER BIDEN | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-02711-RC |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Hunter Biden.

Date: 11/12/2024

/s/ David A. Kolansky
*Attorney's signature*

David A. Kolansky (NY Bar #5887765)
*Printed name and bar number*

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
*Address*

DKolansky@winston.com
*E-mail address*

(212) 294-6700
*Telephone number*

(212) 294-4700
*FAX number*