AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Robert Hunter Biden | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:23-cv-02711-RC |
| United States of America | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Hunter Biden.

Date: 01/16/2025

/s/Isabella M. Oishi
*Attorney's signature*

Isabella M. Oishi
*Printed name and bar number*

Winston & Strawn LLP
1901 L St NW
Washington, DC 20036
*Address*

IOishi@winston.com
*E-mail address*

(202) 282-5000
*Telephone number*

(202) 282-5100
*FAX number*