AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Robert Hunter Biden ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-02711-RC |
| United States Internal Revenue Service ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert Hunter Biden.

Date: 03/11/2025

/s/ Phillip D. Barber
*Attorney's signature*

Phillip D. Barber 1032108
*Printed name and bar number*
1410 Laurel Street
Columbia, SC 29201

*Address*

pdb@harpootlianlaw.com
*E-mail address*

(803) 252-4848
*Telephone number*

(803) 252-4810
*FAX number*