IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Civil Action No. 1:23-cv-02711-RC<br><br>Hon. Rudolph Contreras |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCES</u>**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6, Abbe David Lowell, Christopher D. Man, David A. Kolansky and Isabella M. Oishi hereby withdraw as counsel of record for Plaintiff Robert Hunter Biden in the above-captioned matter, and respectfully request that their appearances in this matter be terminated. No trial date has been set, and Mr. Biden will continue to be represented by other counsel of record, Richard A. Harpootlian and Phillip Barber.

1

Dated: March 26, 2025

Respectfully submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell, Bar No. 358651DC
Christopher D. Man, Bar No. 453553DC
Isabella M. Oishi, Bar No. 90018056DC
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, D.C. 20036
(202) 282-5000 (ph)
(202) 282-5100 (fax)
AbbeLowellPublicOutreach@winston.com
CMan@winston.com
IOishi@winston.com

David A. Kolansky (*admitted pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10196
(212) 294-6700 (ph)
(212) 294-4700 (fax)
DKolansky@winston.com

*Counsel for Plaintiff Robert Hunter Biden*

Agreed To By:

_____
Plaintiff Robert Hunter Biden

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants and counsel of record.

By: /s/ *Abbe David Lowell*
Abbe David Lowell

*Counsel for Plaintiff Robert Hunter Biden*