# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Hunter Biden, ) | Civ. No. 1:23-CV-2711 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF VOLUNTARY** |
| ) | **DISMISSAL WITH PREJUDICE** |
| United States Internal Revenue Service, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Robert Hunter Biden and Defendant United States Internal Revenue Service, pursuant to Rule 41 of the Federal Rules of Civil Procedure 41, hereby give notice of the dismissal with prejudice of all claims asserted in the Amended Complaint. All parties are responsible for their own costs and attorney's fees.

/s/ Phillip D. Barber
Phillip D. Barber

Richard A. Harpootlian (*pro hac vice*)
Phillip D. Barber (D.C. Bar No. 1032108)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, SC 29201
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

*Attorneys for Plaintiff*
*Robert Hunter Biden*

/s/ Mary Elizabeth Smith
Mary Elizabeth Smith
Maryland Bar No. 0712110235
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9779 (v)
(214) 880-9741 (f)
Mary.E.Smith@usdoj.gov

/s/ Jeremy A. Rill
Jeremy A. Rill
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-0513 (v)
202-514-4963 (f)
Jeremy.A.Rill@usdoj.gov

*Attorneys for Defendant United States*
*Internal Revenue Service*

Dated: April 30, 2025

-2-

**<u>Certificate of Service</u>**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Phillip D. Barber
Phillip D. Barber
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, SC 29201
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com

April 30, 2025