# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5246**                    **September Term, 2024**

**1:23-cv-02711-RC**

**Filed On:** June 4, 2025

Robert Hunter Biden,

       Appellee

    v.

Internal Revenue Service,

       Appellee

Gary Shapley and Joseph Ziegler,

       Appellants

**O R D E R**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Erica Thorner
      Deputy Clerk